**Order entered December 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01473-CV

## IN THE ESTATE OF FRANCES ANDERTON BUCHANAN, DECEASED

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. 17188**

## ORDER

Before the Court is appellant's motion to transfer to this cause the filing fee he paid in appellate cause number 05-19-1311-CV, which he has moved to dismiss. We **DENY** the motion.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE